# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **Case No. 6:15-cr-27** |
| | § | |
| **JAVIER MARTINEZ RODRIGUEZ (01)** | § | |
| **RODRIGO SALINAS-LOZOYA (02)** | § | |
| **JOSE LUIS SERVIN-ESCALERA (03)** | § | |
| **FELIPE GONZALES (04)** | § | |
| **JUAN ARMANDO SERVIN, (05)** | § | |
| **JAVIER SECARA SERVIN, (06)** | § | |
| **JOSE ALFREDO SERVIN, (07)** | § | |
| **FLAVIO FERNANDO BALDERAS, (08)** | § | |
| **GERARDO SERVIN ESCALERA, (09)** | § | |
| **JOSE JUAN GARCIA, (10)** | § | |
| **JOHNNY RAY JOHNSTON (11)** | § | |
| **AUSTIN TAMAS GIPSON (12)** | § | |
| **RAYMOND MATTHEW BURTON (13)** | § | |
| **DAVID DEWAYNE GOUGE (14)** | § | |
| **FLAVIO ANTONIO BALDERAS (15)** | § | |
| **MILTON CYNELL MCFARLAND (16)** | § | |
| **JAMES CARLOS SIMMS (17)** | § | |
| **TOYN BERNARD MCCUIN (18)** | § | |
| **VANDORUS TRANODE HORN, (19)** | § | |
| **NICOLAS BARAJAS (20)** | § | |
| **VICTOR SERVIN (21)** | § | |
| **RAUL HERNANDEZ, JR., (22)** | § | |
| **TIMOTHY DEWAYNE GRAY (23)** | § | |
| **JUSTIN WAYNE DEDMON (24)** | § | |
| **JESSICA LEE WOLF (25)** | § | |
| **PENNY ANN KING (26)** | § | |
| **KYLE JOSEPH SANTUCCI (27)** | § | |

## ORDER ON MOTION TO CONTINUE

Came on to be considered this day Defendant Rodrigo Salinas-Lozoya's Unopposed Motion for Continuance (Doc. No. 319). The Court, having considered this motion, is of the opinion that said motion is meritorious and should be **GRANTED**. In view of this Order all other pending motions to continue are **DENIED** as Moot.

The Pretrial Hearing in this matter is currently set for a criminal session of this Court in the Tyler Division of the Eastern District of Texas, commencing on June 1, 2015. As grounds for the continuance, Defendant's counsel indicates that the continuance is not for the purpose of delay, but so that justice may be served and that additional investigatory time is needed in order for counsel to render effective assistance and to negotiate an acceptable plea agreement.

Rule 18 of the Federal Rules of Criminal Procedure and the Speedy Trial Act establish that a speedy trial and the prompt administration of justice are desirable ends that weigh against a continuance. Nonetheless, speed is neither the paramount, nor the only consideration. Many other important values may conflict with the need for speed in the trial of a criminal case. Delay in trial that promotes the fairness of the trial, and the purposes served by the trial, is delay well worth the administrative costs it may impose. Prompt justice must be fair, or it is not truly justice. "[A] myopic insistence upon expeditiousness in the face of a justifiable request for delay can render a right to defend with counsel an empty formality." *Ungar v. Sarafite*, 376 U.S. 575, 589 (1964); *Kirkpatrick v. Blackburn*, 777 F.2d 272, 278 (5th Cir. 1985), *cert. denied*, 476 U.S. 1178 (1986).

The Speedy Trial Act excludes any delay resulting from the grant of a continuance from the computation of time between indictment and trial, if the judge finds that the ends of justice served by granting a continuance outweigh the interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); *see United States v. Eakes*, 783 F.2d 499 (5th Cir.), *cert. denied*, 477 U.S. 906 (1986). For the reason stated by Defendant in his motion for continuance, the ends of justice require this Court to continue the above entitled criminal action to allow defense counsel reasonable time necessary for effective preparation. The ends of justice

outweigh the best interest of the public and Defendants in a speedy trial served by taking this action.  18 U.S.C. § 3161(h)(7)(A).

Therefore, in the interest of justice and pursuant to 18 U.S.C. § 3161(h)(7), the Court **ORDERS** that Defendant Rodrigo Salinas-Lozoya's Unopposed Motion for Continuance (Doc. No. 319) is hereby, **GRANTED**. It is further

**ORDERED** that this ORDER shall apply to all other defendants in this case who have not entered into a plea agreement with the Government. It is further

**ORDERED** that the new dates and deadlines are as follows**:**

**Pretrial Motions Deadline: September 14, 2015.**
**Responses to Pretrial Motions Deadline: September 21, 2015.**
**Deadline to notify Court of plea agreement: September 28, 2015 at 3:00 p.m.**
**Pretrial conference in Tyler, Texas: October 5, 2015 at 9:00 a.m.**
**Jury selection and trial in Tyler, Texas: Announced at the Pretrial Conference.**

Unless clearly contradicted or amended by this Order, all previous pretrial orders entered in this matter shall remain in full force and effect, including, but not limited to, those relating to such obligations, rights and requirements as discovery, disclosure, inspection, production, copying and deadlines.  In the event of conflict, this Order shall control.

**It is SO ORDERED**.
**SIGNED this 3rd day of June, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE